IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA C. ALFARO BRITTANY, | No. 2:16-CV-0867-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was initially designated as an action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Upon further review of plaintiff's complaint, however, it appears that designation is in error because plaintiff does not challenge a final decision of the Commissioner.

Accordingly, the court's May 11, 2016, orders (Docs. 4 and 5) are vacated. The Clerk of the Court is directed to re-designate this action as a civil pro se action, assign a District Judge and, if appropriate, assign a different Magistrate Judge. The Clerk of the Court is also directed to serve a copy of this order on the Commissioner, c/o Office of the General Counsel,

1  Region IX, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545.

2        The court will address plaintiff's application for leave to proceed in forma

3  pauperis (Doc. 3) and plaintiff's complaint by separate order issued following re-designation of

4  the action.

5        IT IS SO ORDERED.

7  DATED: June 15, 2016

                                                  */s/ Craig M. Kellison*
                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE